IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

Case No. 25-60042

CALUMET SHREVEPORT REFINING, LLC,

*Petitioner*,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,

*Respondent*.

On Petition for Review of Final Agency Action of the
United States Environmental Protection Agency

**EPA'S RESPONSE TO PETITIONER'S
MOTION FOR STAY PENDING JUDICIAL REVIEW**

Respondent U.S. Environmental Protection Agency ("EPA") submits this response to Petitioner Calumet Shreveport Refining, LLC's ("Calumet Shreveport") motion for a stay pending judicial review. ECF No. 17 (Feb. 4, 2025) (under seal). On January 30, 2025, Calumet Shreveport filed a petition for review challenging EPA's final action issued January 16, 2025, which had denied Calumet Shreveport's petition for a one-year extension of the small refinery exemption from its 2023 Renewable Fuel Standard ("RFS") compliance obligations under 42 U.S.C. § 7545(o)(9)(B). The challenged EPA action is entitled "Denial of Request

1

for Extension of Small Refinery Temporary Exemption Under the Renewable Fuel Standard Program for Calumet Shreveport Refining, LLC's Shreveport, Louisiana Refinery" (the "Petition Denial"). Calumet Shreveport seeks a stay of its 2023 RFS compliance obligations pending resolution of its petition for review. The Court has not yet set a briefing schedule.

In light of the issues raised in Calumet Shreveport's motion for a stay pending judicial review, Calumet Shreveport's representation that it would suffer irreparable harm absent a stay, and EPA's current review of the Petition Denial, EPA does not oppose the relief requested in Calumet Shreveport's stay motion. In doing so, however, EPA takes no position on the merits of Calumet Shreveport's underlying arguments regarding the Petition Denial.

Respectfully submitted February 13, 2025.

                          **LISA LYNNE RUSSELL**
                          Deputy Assistant Attorney General

                          /s/ *Jeffrey Hughes*
                          JEFFREY HUGHES
                          United States Department of Justice
                          Environment & Natural Resources Division
                          P.O. Box 7611
                          Washington, D.C. 20044
                          (202) 305-4598
                          jeffrey.hughes@usdoj.gov
                          *Attorney for Respondent*

## CERTIFICATE OF SERVICE

I hereby certify that pursuant to 5th Cir. R. 25.2.8, I filed via CM/ECF the foregoing, which will effectuate service on all counsel of record who are required to be registered on CM/ECF.

| | |
|---|---|
| Dated:  February 13, 2025 | /s/ *Jeffrey Hughes*<br>JEFFREY HUGHES |

## CERTIFICATE OF COMPLIANCE

I hereby certify that this response complies with the requirements of Fed. R. App. P. 27(d)(2)(A) because it contains 208 words according to the count of Microsoft Word, excluding the parts of the response exempted by Fed. R. App. P. 32(f), and therefore is within the word limit of 5,200 words.

I further certify that this response complies with the requirements of Fed. R. App. P. 32(a)(5) and (6) because it has been prepared in 14-point Times New Roman, a proportionally spaced font, and is double-spaced, except for headings, block quotes, and footnotes.

Dated:  February 13, 2025                    /s/ *Jeffrey Hughes*
                                             JEFFREY HUGHES